# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

KYMBERLY RACHEL BARRERA ) Case No. 24-20187-RDB
 )
 Debtor. )

## TRUSTEE'S MOTION TO COMPEL HAILSTONE LEGAL GROUP

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee, and moves the Court for an Order compelling Hailstone Legal Group to provide the Trustee with the documents previously requested by a Subpoena, as set forth below.

1. Debtor filed on February 28, 2024 (the "Filing Date").

2. Prior to the Filing Date, Debtor retained the services of Hailstone Legal Group ("Hailstone").

3. Upon information and belief, Hailstone provided debt settlement services to the Debtor.

4. The Debtor has been unable to provide the Trustee with records relating to services provided by Hailstone. As a result, the Trustee made numerous requests to Hailstone by mail and email to obtain the requested documents. Hailstone failed to respond to the requests, so on July 29, 2024, the Trustee issued a Subpoena to Hailstone.

5. Despite efforts to obtain Hailstone's compliance with the Subpoena, Hailstone has failed to provide any response to the Subpoena.

6. The Trustee requests that the Court enter an order compelling Hailstone to provide the following requested information and documentation within 14 days of the enter of an order on the Motion to Compel:

> **Copy of Ms. Barrera's signed agreement and any other documents pertinent to her request for and services provided by Hailstone Legal Group, including but not limited to payment history, payments made to her creditors, fees, correspondence.**

7. The Trustee request that the Court award the Trustee with $750 for the Trustee's fees and expenses related to Hailstone's failure to comply with the Subpoena and this Motion to Compel.

1

8. The Trustee reserves the right to seek further fees and expenses in the event Hailstone continues to fail to provide the requested information.

WHEREFORE, the Trustee requests the Court enter an order compelling Hailstone Legal Group to comply with the Subpoena, to compel Hailstone Legal Group to provide the documents as requested above within 14 days of the entry of an order on this Motion, and for such other relief as is just and equitable.

Respectfully submitted,
*/s/ Patricia E. Hamilton*
Patricia E. Hamilton, #13263
4848 SW 21st St, Ste 201
Topeka, KS 66604
(785) 408-8000 phone
phamilton@stevensbrand.com
Counsel for the Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the Trustee's Motion to Compel was filed electronically on August 29, 2024 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the Trustee's Motion to Compel was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

| | |
|---|---|
| Kymberly R. Barrera<br>2717 N 65th ST<br>Kansas City, KS 66104 | Hailstone Legal Group LLC<br>c/o Registered Agents Inc.<br>4601 E. Douglas Ave. Ste. 150<br>Wichita, KS 67218 |
| Hailstone Legal Group<br>Attn: Legal Department<br>801 E. Douglas Ave., 2nd Fl.<br>Wichita, KS 67202 | |

/s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263

2

Case 24-20187   Doc# 27   Filed 08/29/24   Page 2 of 2